UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22899-CV-UNGARO

MICHAEL CURRY,

    Plaintiff,
vs.

CAPTAIN CHRISTOPHER FORREST
et al.,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Plaintiff's *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 concerning events that transpired when he was incarcerated at the Everglades Correctional Institution ("ECI.")  The matter was referred to Magistrate Judge White, who on March 3, 2008 issued a Report recommending that Plaintiff be permitted to file a Motion for Entry of Default Judgment against Defendant Sgt. D. Montgomery pursuant to Fla.R.Civ.P. 55(b)(2) with proof of damages. (D.E. 25.)  No objections to the Report have been filed. Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report  is RATIFIED, AFFIRMED AND ADOPTED.  Plaintiff is permitted to file a motion for entry of default judgment against Defendant Sgt. D. Montgomery pursuant to Fla.R.Civ.P. 55(b)(2).  **Plaintiff must also serve Defendant Sgt. D. Montgomery with Plaintiff's motion for entry of default judgment by mailing the motion to the address Plaintiff used to effect proper service on**

**Defendant.** In support of his motion, Plaintiff must submit a sworn affidavit detailing his personal knowledge of the injuries sustained as a result of the beating he suffered by Defendant. Proof of damages such as copies of medical records, photographs, or any other evidence in Plaintiff's custody or control detailing Plaintiff's injuries resulting from the subject incident should be submitted with Plaintiff's motion. The undersigned notes that if Plaintiff fails to support his motion for entry of default judgment against Defendant with evidence indicating to the Court the extent of injuries and damages he suffered as a result of the subject incident, Plaintiff's motion shall be subject to dismissal.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of April 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Michael Curry, *pro se*