UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22899-CIV-UNGARO

MICHAEL CURRY,
        Plaintiff,
v.

CAPTAIN CHRISTOPHER FORREST,
*et al.*,
        Defendants.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court pursuant to Plaintiff's *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 concerning events that transpired when he was incarcerated at the Everglades Correctional Institution. The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that Defendant Sgt. D. Montgomery's motion to vacate the clerk's default be granted, that the Plaintiff's motion for default judgment be denied, and that the case be permitted to proceed. (D.E. 34.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of September, 2008.

                                                                        _____
                                                                        URSULA UNGARO
                                                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Michael Curry, *pro se*
David J. Glantz, Florida Assistant Attorney General