IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICHAEL CURRY

    Plaintiff,

v.

DEMETRIUS MONTGOMERY,          CASE NO: 07-22899-CIV-UNGARO

    Defendants.

_____/

### FINAL JUDGMENT

Pursuant to the Verdict rendered in this action entered on August 4, 2009,

IT IS ADJUDGED that Plaintiff, Michael Curry, D.C. Number 416097, 14000 NW 41st Street, Doral, Florida, shall recover from Defendant, Demetrius Montgomery, $50,000. Post-judgment interest shall accrue at the rate set by 28 U.S.C § 1961, for which let execution issue. The Court retains jurisdiction to consider post-trial motions including any claims for costs and attorney's fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of August, 2009.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Provided:
Counsel of Record