UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-22899-CIV-UNGARO

MICHAEL CURRY,
    Plaintiff,

v.

SGT. D. MONTGOMERY,
    Defendant.
_____/

### ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS

THIS CAUSE is before upon Plaintiff's Motion for Attorneys' Fees and Costs, filed on August 19, 2009. (D.E. 97.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Because the Plaintiff has filed an Amended Motion for Attorneys' Fees and Costs (D.E. 98), it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 97) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th__ day of August, 2009.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge White